UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASEEN TRAYNOR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMERICAN GREETINGS CORPORATION,<br><br>Defendant. | CASE NO. 1:19-CV-02319-JGK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Yaseen Traynor and counsel for Defendant American Greetings Corporation, as follows:

1. The deadline for Defendant to file an Answer, or alternatively file a letter seeking a pre-motion conference with respect to an anticipated Motion to Dismiss, is May 24, 2019.

2. In exchange for Plaintiff's agreement to the deadline in Paragraph 1, and conditioned upon the Court's approval of same, Defendant hereby stipulates that valid service of process has been effected upon it.

3. This Stipulation is without prejudice to any and all of Defendant's jurisdictional and other defenses, other than invalid service of process.

4. This Stipulation may be executed in counterpart, and facsimile and electronic signatures shall be deemed original for the purposes hereof.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-8-19

DATED:   New York, NY
         April 5, 2019

| | |
|---|---|
| By: /s/ Yaakov Saks<br>Dov Mittelman<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Tel: (201) 282-6500 ext 101<br>*Attorneys for Plaintiff* | By: /s/ Jeffrey M. Movit<br>Jeffrey M. Movit (*jmm@msk.com*)<br>Leo M. Lichtman (*lml@msk.com*)<br>Mitchell Silberberg & Knupp LLP<br>437 Madison Ave., 25th Floor<br>New York, NY 10022<br>Tel: (212) 509-3900<br>*Attorneys for Defendant* |

SO ORDERED:

4/8/19.                    _____
                                                U.S.D.J.

2