UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASEEN TRAYNOR, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN GREETINGS CORPORATION,<br><br>    Defendant. | CASE NO. 1:19-CV-02319-JGK<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff YASEEN TRAYNOR hereby gives notice that his claims in the above-captioned action against Defendant AMERICAN GREETINGS CORPORATION are voluntarily dismissed with prejudice and without costs.

Dated:      June 17, 2019

        STEIN SAKS, PLLC

By: _____
        David Paul Force

        285 Passaic Street
        Hackensack, NJ 07601
        Tel: (201) 282-6500 ext 101

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 27, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David Paul Force*
David Paul Force
